UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NANDY RATEAU,<br><br>              Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>              Defendants. | Civil Action No. 23-10124 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442(a), the U.S. Department of Homeland Security (DHS) respectfully files this Notice of Removal from the Superior Court of Massachusetts (Bristol County) to the United States District Court for the District of Massachusetts. In support of this Notice of Removal, DHS asserts as follows.[1]

### I.    BACKGROUND

1. On December 22, 2022, pro se Plaintiff Nandy Rateau filed this lawsuit against DHS, the U.S. Equal Employment Opportunity Commission, the American Federation of Government Employees, Starr Wright USA, and Blue Cross Blue Shield, in state court, captioned *Rateau v. Department of Homeland Security et al.*, No. 2273CV00826. A copy of the complaint is attached hereto as Exhibit A. In addition, a copy of the state court docket is attached hereto as Exhibit B.

---

[1] By filing this Notice of Removal, DHS reserves all rights and waives none, including the right to challenge the complaint on any grounds.

2. It appears that DHS first received a copy of the complaint and summons on January 9, 2023. *See* Exhibit A at 22. Plaintiff has not yet, however, served the United States Attorney's Office for the District of Massachusetts.

## II.  ALLEGATIONS

3. Plaintiff alleges that—from 2008 to 2020—she worked in various roles for DHS, including at U.S. Immigration and Customs Enforcement (ICE). *See* Exhibit A ¶ 2. She further claims that she observed and reported a wide range of misconduct and illegal activity, and that she was subsequently subjected to harassment, threats, and abuse. *Id.* As a result, the complaint asserts claims for "whistleblower retaliation, gross mismanagement, privacy violations, unauthorized disclosure of protected information, and unlawful discrimination." *Id.* ¶ 1.

## III.  GROUNDS FOR REMOVAL

4. This action is removable pursuant to the federal officer removal statute, which authorizes "[t]he United States or any agency thereof" to remove a civil action "that is commenced in a State court and that is against or directed to" it. 28 U.S.C. § 1442(a)(1).[2]

## IV.  COMPLIANCE WITH REMOVAL PROCEDURE

---

[2] The Federal Courts Improvement Act of 1996, 110 Stat. 3850, amended this statute "to explicitly permit removal by the United States or by a federal agency itself, in addition to removal by an officer of an agency." 14C Charles Alan Wright & Arthur R. Miller, Federal Practice and Procedure § 3726 (Rev. 4th ed. 2021).

Moreover, although a federal *officer* "must both raise a colorable federal defense and establish that the suit is for," or relates to, "an act under color of office" to qualify for removal, *Jefferson Cty., Ala. v. Acker*, 527 U.S. 423, 431 (1999) (citations and alterations omitted), a federal agency need not make those showings. *City of Cookeville, Tenn. v. Upper Cumberland Elec. Membership Corp.*, 484 F.3d 380, 389 (6th Cir. 2007) ("any federal agency sued can always remove under § 1442(a)(1) because the 'sued' clause in that provision applies only to federal officers").

1.     The United States District Court for the District of Massachusetts embraces the location where the state court action is pending: the Superior Court of Massachusetts (Bristol County). 28 U.S.C. § 1442(a).

2.     This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure. 28 U.S.C. § 1446(a).

3.     Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon DHS with respect to this action are attached hereto. *See* Exhibit A.

4.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of Massachusetts (Bristol County), and written notice of the filing of this Notice of Removal will be given to Plaintiff.

5.     Pursuant to Local Rule 81.1(a), DHS will file certified or attested copies of all records and proceedings in the state court and a certified or attested copy of all docket entries in the state court within 28 days after filing this Notice for Removal.

6.     Finally, DHS notes that Plaintiff has filed a motion for "Witness Protection" in state court. *See* Exhibit B. It does not, however, appear that Plaintiff has provided any legal basis for the Court to entertain such a motion in connection with a civil employment case, or to provide the requested relief. To that end, in DHS's view, Plaintiff's state court motion does not currently require the attention of this Court, and DHS has completed the local "Category Form for New Civil Cases" accordingly.

WHEREFORE, DHS hereby removes the action now pending in the Superior Court of Massachusetts (Bristol County) to this Court and requests that this Court accept this Notice of Removal for filing in accordance with the provisions of 28 U.S.C. § 1442(a).

                                                    Respectfully submitted,

                                                    RACHAEL S. ROLLINS
                                                    United States Attorney

Dated: January 18, 2023                  By:    */s/ Michael L. Fitzgerald*
                                                    MICHAEL L. FITZGERALD
                                                    Assistant United States Attorney
                                                    U.S. Attorney's Office
                                                    1 Courthouse Way, Ste. 9200
                                                    Boston, MA 02210
                                                    (617) 748-3266
                                                    michael.fitzgerald2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing will be served on Plaintiff at the following address:

**Nandy Rateau**
**319 Centre Avenue**
**#266**
**Rockland, MA 02370**

                                                            */s/ Michael L. Fitzgerald*
                                                            MICHAEL L. FITZGERALD
                                                            Assistant U.S. Attorney

Dated: January 18, 2023