**Exhibit A**

CONFIDENTIAL

| SUMMONS AND ORDER OF NOTICE | DOCKET NUMBER<br>2273CV00826 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Nandy Rateau vs. Department of Homeland Security et al | | Jennifer A. Sullivan, Clerk of Court<br>Bristol County |
| To:<br>Department of Homeland Security | | COURT NAME & ADDRESS<br>Bristol County Superior Court - New Bedford<br>441 County Street, 1st floor<br>New Bedford, MA 02740 |

To the above named defendant(s):

You are hereby summoned and required to serve upon:

**Nandy Rateau**
**319 Centre Avenue**
**#266**
**Rockland, MA 02370**

an answer to the complaint which is herewith served upon you. This must be done within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at New Bedford either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

**WE ALSO NOTIFY YOU** that application for a Preliminary Injunction has been made in said action, as it appears in the complaint. A hearing on this matter has been scheduled for:

**Date:** **01/19/2023**
**Time:** **02:30 PM**
**Event:** **Hearing on Preliminary Injunction**
**Session Location:** **Civil A (New Bedford) / Lower Courtroom**

at which time you may appear and show cause why such application should not be granted.

| DATE ISSUED | CHIEF JUSTICE OF THE SUPERIOR COURT<br>Witness: | ASSOCIATE JUSTICE | ASSISTANT CLERK |
|---|---|---|---|
| 01/05/2023 | Hon. Heidi E Brieger | Hon. Susan E Sullivan | X [signature] |

**RETURN OF SERVICE**

I hereby certify and return that on January 6, 2023, I served a copy of this summons, together with a copy of the Complaint. NANDY RATEAU

JAN 06 2023

SUBMITTED

VIG USPS

PARTY NAME:

X NANDY RATEAU [signature]

Date/Time Printed: 01-05-2023 12:25:03

SCV027\ 04/2017

CONFIDENTIAL

#1 COMPLAINT

BRISTOL,SS SUPERIOR COURT
FILED
DEC 22 2022
JENNIFER A. SULLIVAN, ESQ.
CLERK / MAGISTRATE

2273CV00826A

SUPERIOR COURT
~~TAUTON~~ Taunton MASSACHUSETTS

PLANTIFF: NANDY RATEAU
DEFENDANT(S): DEPARTMENT OF HOMELAND SECURITY (et al)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
AMERICAN FEDERATION OF GOVERNMENT EMPLOYESS
STARR WRIGHT USA & BLUECROSS BLUE SHEILD (ET ALL)

1. I, Nandy Rateau, the Complainant, am a wrongfully and illegally terminated Department of Homeland Security Immigration and Customs Enforcement (DHS ICE) Federal Law Enforcement Officer. I, Nandy Rateau make the following statements in support of a complaint against the Department of Homeland Security, and the United States' local, state, federal government, private businesses and service providers for whistleblower retaliation, gross mismanagement, privacy violations, unauthorized disclosure of protected information, and unlawful discrimination.
2. From the years 2008 to 2020, I Nandy Rateau promoted up the ranks at the Department of Homeland Security, serving in several roles. I, Nandy Rateau served as an assistant, sworn certified federal law enforcement officer, federal law enforcement instructor, Field Special Emphasis Program Manager (F-SEPM), president of the Field Office Diversity Council (FODC), and a unit supervisor, within the Department of Homeland Security Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I, Nandy Rateau, during my tenure reported suspicious/suspected illegal/criminal activity, corruption, threats to national security, suspected espionage, illegal workplace harassment, misconduct, public/private targeting of government officials and law enforcement officers, prohibited personnel practices, verbal, written, and physical threats by employees, officers, military veterans, individuals suspected of the impersonation of DHS or ICE employees, government officials, and/or contractors/affiliates. I Nandy Rateau reported civil rights violations; mistreatment of aliens, misuse of official position/equipment/databases, other suspicious/suspected criminal behaviors & activities to local DHS ICE management at the Boston Field Office in Commonwealth of Massachusetts, the Baltimore Field Office in Maryland, and Washington Field Office in the Commonwealth of Virginia. I, Nandy Rateau also reported the allegations and suspicious activity to Office of Special Cousel (OSC), the Joint Intake Center (JIC), the ICE Office of Professional Responsibility (OPR), Joint Intelligence Operation Center (JIOC), the Department of Homeland Security (DHS) Office of the Inspector General (OIG), Federal Bureau of Investigation (FBI), Central Intelligence Agency (CIA), local, state, federal law enforcement agencies/departments, Congress, several Federal Trade Commission (FTC) Consumer Financial Protection Bureau (CFPB) Department of Labor (DoL), Department of Defense (DoD)

NANDY RATEAU
JAN 06 2023
SUBMITTED
NANDY RATEAU
DEC 22 2022

 NR

CONFIDENTIAL COMPLAINT

Attorney General offices, hired private attorney representation and more. I, Nandy Rateau realized I engaged in activity that is constituted whistleblowing. I remain concerned for my safety and security and safety and security of my [Nandy Rateau] family and loved ones. I, Nandy Rateau observed a pattern of accusations of the precise reports I made to the government. I, Nandy Rateau observed copycat claims, copycat allegations, and reports that appear to exaggerate and falsify my previously reported real life-threatening, safety-compromising critical incidents. I, Nandy Rateau observed unknown actors contacted my family, friends, and associates. I, Nandy Rateau have observed unknown actors conducting what I [Nandy Rateau] recognize as a form of surveillance in violation of my privacy, civil rights, and civil liberties. I, Nandy Rateau reported unauthorized entries, theft, identity theft, compromised personally identifiable information, personal property damage and losses to law enforcement officers, insurance companies, credit bureaus, and industry regulators through official channels. I, Nandy Rateau repeatedly requested protected from further harassment, targeting, and abuse after making a determination I am being stalked by persons unknown to me. I, Nandy Rateau have not received the protection. I, Nandy Rateau believe I am in imminent danger. The retaliatory actions taken against me have left me without my once-stable income, career, privacy, safety, security, and stability. I, Nandy Rateau request for my loved ones and I to be placed in witness protection.

3. I, Nandy Rateau, after reporting suspected crime and corruption was then falsely accused of the precise reports I made to the United States government. I, Nandy Rateau suffered assault and battery, false arrest, false Imprisonment via the use of restraints/duress/coercion. I Nandy Rateau encountered suspected impersonation of government officials, witnessed perjury on official affidavits/declarations, reported suspected bribery and threats to the Office of Special Counsel (OSC) with designated attorney representation. I suffered civil rights abuses, witnessed suspected misuse of official positions for professional/private gains, misuse of badge, credentials, databases and electronic devices, appearance of improper associations, improper solicitation to engage in criminal activities, misuse of vehicles, trespass of my property, damage to my personal property, conversion, a breach of my private voter records and activity, violations of business/government code of conduct/ethics, interference with my contractual relationships, wrongful/illegal termination, inappropriate/illegal recommendations, improper influence/ obstruction of competition, improper influence causing withdrawal from competition, granting unauthorized advantage, nepotism, whistleblower retaliation, misuse/abuse of veterans preference, violation of merit

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

CONFIDENTIAL
COMPLAINT

system principles, improper access/use/dissemination of personally identifiable information/medical records in furtherance of prohibited personnel practice, medical malpractice, legal malpractice, workers compensation violations, employment discrimination, breach in proprietary information/trade secrets/accredited university research, research misconduct, violations of anti-trust laws, fraud, lease/contract/ sale violations, intentional infliction of emotional distress, and negligence. I, Nandy Rateau observed a stark departure from the expectation to provide a standard duty of care, fundamental due process rights and observed overt malicious acts against me, my family, my loved ones, my education, my work, my career, my health, and my records.

4. I, Nandy Rateau made repeated requests for employment records under the Freedom of Information Act (FOIA) to examine what caused the adverse actions and targeting after I engaged in projected activity and cooperating with federal investigations and inquires. However, my [Nandy Rateau's] fundamental and due process rights were denied in violation of current and existing United States laws, policies, and procedures. As a result, I, Nandy Rateau was forced to conduct a review of my own personal and professional records through the limited resources. My personal and professional record checks revealed a consistent pattern of involuntary adverse actions to my safety, security, and employment after I engaged in protected activity, protected communications, and protected disclosures to certified and licensed representatives of the local, state and federal United States government and professionals. I, Nandy Rateau, was offered obscure and illegal options options that appeared to display evidence of improper influence from unknown/unspecified special interest group(s) that further compromised my safety and security. I, Nandy Rateau did not receive any information that led me to believe my reports were taken seriously.
5. My [Nandy Rateau's] fundamental rights were violated so severely that it caused my unexpected, unreasonable and unnecessary homelessness. I, Nandy Rateau determined the actions taken against me were intentional, targeted and retalitory subsequent to engaging in protected activity and reporting corruption.
6. I, Nandy Rateau observed and experienced ICE Office of Diversity and Civil Rights (ODCR) and the Office of Civil Rights and Civil Liberties (CRCL) disseminated correspondence that appeared to impersonate roles and functions of the Equal Employment Opportunity Commission (EEOC). I, Nandy Rateau also have also observed and experienced suspected improper communications and interference between the ICE Office of Principle Legal Advisor (OPLA) Immigration Attorneys, Management Officials, and the Administrative Judges. The Office of Principle Legal

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022



CONFIDENTIAL

COMPLAINT

Advisor appeared to impersonate the Department of Homeland Security General Counsel.

7. I, Nandy Rateau observed and experienced alleged members of the American Federation of Government Employees (AFGE) National ICE Council Representatives used their union positions for professional and suspected personal gains while leaving me, Nandy Rateau with endless unresolved illegal prohibited personnel practices.
8. I, Nandy Rateau, observed alleged ICE intelligence officers used their unknown access abilities to gain intelligence about my [Nandy Rateau's] protected activity which contained information that implicated their misconduct/wrongdoing. I observed and experienced leaks of from my protected activity to Immigration and Customs Enforcement employees which comprised my safety, security. At no time did I, Nandy Rateau, receive any intelligence that nullified the active threats against me after reporting workplace violence, and unauthorized disclosures and/or surveillance by unknown actors. As a result of the severe and unaddressed security vulnerabilities, & malicious actors experienced little barriers in accessing my protected information/communication/ and protected disclosures.
9. I, Nandy Rateau remained exposed and unprotected from retaliators after engaging in protected activity that constituted whistleblowing. The retaliation I, Nandy Rateau have experience include but are not limited to verbal, written, and physical threats with weapons and object that can be used as weapons, theft and damage to my personal property (vehicle, furniture, compromised electronic devices), unauthorized surveillance from unknown actors, suspected espionage, unauthorized entry in to my private residences, evidence tampering, missing evidence and more.
10. From the years 2008 to 2021, I, Nandy Rateau observed a pattern of involuntary, adverse actions to my employment following my inquiries and my reports about the escalating misconduct at ICE.
11. On or about April, 2011, Nandy Rateau reported unsolicited lewd questions from ICE Assistant Mark Matos pertaining women's menstrual cycles to ICE Managers at the ICE Boston Field Office.
12. Between the years of 2008 to 2021, I, Nandy Rateau observed evidence of breaches in my protected communications, protected activity, protected disclosures, personal diary, personal e-mail accounts, my declarations, my affidavits, my university research/essays/papers, my resumes, my health records and more.
13. On or about April, 2013, ICE Officer Franco Sapia falsely accused me, Nandy Rateau, a Newly-Promoted Federal Law Enforcement Officer of threatening him [Franco Sapia]. ICE Supervisor Alan Greenbaum informed me [Nandy Rateau] that ICE Officer Franco Sapia reported to

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022



CONFIDENTIAL
COMPLAINT

him [Alan Greenbaum] that I, [Nandy Rateu] was hired only due to my race and gender.

14. On or about July, 2013, I, Newly-Promoted ICE Officer Nandy Rateau submitted a Request to Transfer memorandum to ICE Supervisors Alan Greenbaum and James "Jim" Brown, as directed for the purpose of distancing myself from ICE Officer Franco Sapia's misconduct and unsupported false allegations.
15. On or about July, 2013, ICE Officer William R. Pitts fingerprinted me United States Citizen and Newly-Promoted ICE Officer Nandy Rateau and informed me Nandy Rateau the fingerprints were <u>not</u> enrolled in the illegal alien removal system.
16. On or about July, 2013, Officer William R. Pitts informed Newly-Promoted ICE Officer Nandy Rateau that the disclosure of Nandy Rateau's race/ ethnicity ~~was~~ were required for foreign travel mission assignments. ICE Officer William R. Pitts directed ICE Officer Nandy Rateau to check the boxes that most reflected what Nandy Rateau appeared to be in the United States Department of Agriculture National Finance System prior to her first official foreign mission assignment.
17. On or about October 2013, ICE Officer Nandy Rateau transferred from the ICE Boston Field Office to the ICE Baltimore Field Office.
18. On or about October 7, 2013, ICE Supervisor Jeanine Ohin made unsolicited and irrelevant comments about ICE Officer Nandy Rateau's race, and gender at the ICE Baltimore Field Office. ICE Supervisor Jeanine Ohin asked ICE Officer Nandy Rateau to engage in conspiratorial acts against other ICE Officers at the ICE Baltimore Field Office in Baltimore, Maryland to which ICE Officer Nandy Rateau reported to government officials with designated attorney representation.
19. From approximately October 2013 to June 2014, ICE Supervisor Jeanine Ohin engaged in conduct a reasonable person would consider illegal targeting, harassment and threats. ICE Supervisor Jeanine Ohin verbally threatened ICE Officer Nandy Rateau with disciplinary action and illegal termination from federal service after reporting workplace violent threats involving ICE Officer Jefferson M. King, and overt misconduct involving Charles M. Smittick. ICE Supervisor Jeanine Ohin has physically leaned over ICE Officer Nandy Rateau while pointing her fingers, raising her voice, and made wild, false, and unsupported allegations about ICE Officer Nandy Rateau's insubordination, neglect of duty, and lack of candor.
20. On or about January 2014, ICE Union Officers Kevin Brown, Larry Singleton, Pamela Watson, ICE Supervisor Jeanine Ohin, and John McCarthy met with ICE Officer Nandy Rateau in an attempt to address and resolve the escalating issues at ICE failed to come to a permanent

NANDY RATEAU JAN 06 2023 SUBMITTED
DEC 22 2022

CONFIDENTIAL COMPLAINT

resolution.

21. On or about March 2014, ICE Officer Jefferson M. King busted through a crowd of ICE Officers, ICE Contractors and ICE Detainees and screamed expletives at ICE Officer Nandy Rateau. ICE Office Charles M. Smittick also made false defamatory statements about ICE Office Nandy Rateau at the ICE Baltimore Field Office.
22. On or about March, 2014, ICE Officer Jefferson M. King physically threatened ICE Officer Nandy Rateau when he raised his [Jefferson M. King's] steel baton in a "high ready" strike position towards ICE Officer Nandy Rateau. Please let the record reflect ICE Officer Nandy Rateau is not and was not a "non-compliant" subject.

#22-NOTE: 'High Ready' is used as the last position before striking a non-compliant subject.

23. On or about March, 2014, Charles M. Smittick submitted a memorandum containing incorrect and false information to ICE Supervisor Janine Ohin regarding the account of the critical incident involving ICE Officer Jefferson M. King, ICE Officer Charles M. Smittick, and ICE Officer Nandy Rateau (Reference #21 and #22) according to the Report of Investigation (ROI) provided to ICE Officer Nandy Rateau both via email and postal mail.
24. On or about the year 2014 to 2015, ICE Officer Michele Andrews engaged in an unauthorized disclosure of ICE Officer Nandy Rateau's protected communication with the Employee Assistance Program (EAP).
25. On or about the year 2014 to 2015, ICE Officer Michele Andrews asked ICE Officer Nandy Rateau for her resume, pay and grade.
26. Between the years 2013 and 2015,I CE Supervisor Jeanine Ohin spread rumors about ICE Officer Nandy Rateau to employees and managers, subjected ICE Officer Nandy Rateau to alternative reporting requirements, and denied ICE Officer Nandy Rateau's earned leave.
27. On or about June, 2014, ICE Officer Charles M. Smittick gained possession of a case ICE Officer Nandy Rateau's processed and stated, "I'm F***** this B****, you are just holding the legs," while sitting in the main detention processing area at the ICE Baltimore Field Office.
28. On or about June, 2014, ICE Supervisor Jeanine Ohin threatened ICE Office Nandy Rateau with termination after failing a non-mandatory advanced law enforcement training in Fort Benning, Georgia. Please let the record reflect ICE Officer Nandy Rateau reattended the training and passed to become a certified ICE Defensive Tactics Instructor.
29. On or about November, 2014, ICE Officer Nandy Rateau reported evidence tampering to ICE Supervisor James Baugher. ICE Supervisor James Baugher minimized the severity of the targeted breach and did not appear to take further action.
30. On or about November 2014, ICE Supervisor James Baugher, Timothy Sheron, ICE Officer Jefferson M. King, and ICE Officer Charles M.

NANDY RATEAU NANDY RATEAU

DEC 22 2022 JAN 06 2023 SUBMITTED

CONFIDENTIAL COMPLAINT

Smittick met with ICE Office Nandy Rateau in an effort to address and resolve the escalating issues at ICE and failed to come to a permanent resolution. During the meeting, ICE Officer Jefferson M. King asserted to ICE Officer Nandy Rateau that she [Nandy Rateau] 'can't speak to men that way.'

31. On or about April, 2015, ICE Supervisor James Baugher required ICE Officer Nandy Rateau to disclose her personal finances to him [James Baugher], then avoided/delayed/denied sharing the proper and transparent procedures to submit employment verification to the Department of Education's Public Service Loan Forgiveness program. Please let the record reflect no supervisor is authorized to order any employee to disclose personal financial records to them.
32. On or about October, 2015, ICE Supervisor James Baugher issued ICE Officer Nandy Rateau a lowered performance rating, engaged in authorized disclosure of protected information and activity in her performance review, and referred ICE Officer Nandy Rateau to file an EEO complaint as a resolution to the prohibited personnel practices, escalating misconduct/threats, and suspected criminal activity at ICE Baltimore Field Office.
33. On or about October, 2015, ICE Supervisor James Baugher threatened ICE Officer Nandy Rateau with the statement "problems will follow you," and admitted interference with ICE Officer Nandy Rateau's promotion at ICE Washington Field Office. According to the Report of Investigation, ICE Supervisor James Baugher falsely reported poor performance in support of the unwarranted lowered performance review to 2nd line ICE Supervisor Lyle Boelens.
34. On November, 2015, ICE Assistant Field Office Director Lyle A. Boelens transferred from the ICE Baltimore Field Office to ICE Headquarters without providing a resolution to ICE Officer Nandy Rateau's grievance.
35. On or about November, 2015, ICE Firearms Instructor and Union Representative Larry Singleton claimed ICE Officer Nandy Rateau failed the firearms qualifications, determined ICE Officer Nandy Rateau was unfit for duty, revoked ICE Officer Nandy Rateau's weapon from her possession, and informed ICE Officer Nandy Rateau that she [Nandy Rateau] was required to transfer from the ICE Baltimore Field Office to the ICE Washington Field Office without my government-issued duty weapon. Please let the record reflect, ICE Firearms Instructors do not have the authority to make final determinations on any employees' fitness for duty.
36. On or about December, 2015, ICE Supervisor Ruben Bermudez served ICE Officer Nandy Rateau an alleged "Unfit for Duty" memorandum on Agency/Department lettered issued by ICE Field Office Director Yvonne

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

CONFIDENTIAL
COMPLAINT

Evans. As ICE Supervisor Ruben Bermudez served ICE Officer Nandy Rateau the official memorandum, ICE Supervisor Ruben Bermudez stated, "I [Ruben Bermudez] know you [Nandy Rateau] are not Rebecca Jones]. Please let the record reflect, ICE Officer Nandy Rateau is not Rebecca Jones nor claimed to be Rebecca Jones or anyone else at any time. Please let the record reflect ICE Supervisors and managers alone do not have the authority to make final determinations about any employees' fitness for duty.

37. On or about December 2015, ICE Officer Shohel Mollah asked ICE Officer Nandy Rateau the same lewd questions ICE Assistant Mark Matos asked ICE Officer Nandy Rateau at the ICE Boston Field Office regarding women's menstrual periods.
38. On or about April, 2017, ICE Officer Todd Osborne screamed expletives at ICE Officer Nandy Rateau and falsely reported ICE officer Nandy Rateau processed ICE cases too slowly ~~(Reference~~ Please let the record reflect ICE Office Todd Osborne is not and was not in ICE Officer Nandy Rateau's chain of command.
39. On or about July 2018, DHS ICE OPLA Attorney James Douglas Whitaker, ICE Assistant Director Ray Smith, EEOC Administrative Judge Kathryn Brown, and Mediator Attorney Raymond Seymour had an an in-person meeting at the EEOC building in Washington DC.DHS ICE OPLA Attorney James Douglas Whitaker disseminated an email with a contract agreement to ICE Officer Nandy Rateau via email which required the signatures of DHS ICE Field Office Director Dorthy Herrera Niles, DHS ICE OPLA James Douglas Whitaker and DHS ICE Officer Nandy Rateau.
40. On or about July, 2018, ICE Officer Nandy Rateau reported the Misuse/ Abuse of Authority of ICE Supervisor Jeanine Ohin, and ICE Supervisor James A. Baugher, the physical threat of violence from ICE Officer Jefferson M. King, and misconduct of ICE Officer Charles M. Smittick to the Department of Homeland Security Joint Intake Center (JIC), Office of Special Counsel (OSC), and the Department of Homeland Security Office of Inspector General (OIG) with ICE Officer Nandy Rateau's designated attorney representative.
41. On or about July 2018, (on the same day) ICE Supervisor Michael Metesh mandated that ICE Officer Nandy Rateau, alone must "check in" with ICE Supervisor Michael Metesh each day due to allegedly refusing to believe ICE Nandy Rateau reported to work. ICE Supervisor Michael Metesh engaged the scrutinization of ICE Nandy Rateau's time and attendance, falsely accused ICE Officer Nandy Rateau of misusing earned leave, manipulated ICE Officer Nandy Rateau's docket to falsely reflect poor performance, denied and ignored previously approved reasonable accommodations , falsely issued Officer Nandy Rateau a lowered

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022



CONFIDENTIAL
COMPLAINT

performance review, and more.

42. On or about August 2018, ICE Supervisor Michael Metesh made improper contact with ICE Supervisor Dong Yim and ICE 2nd Line Supervisor Cammilla Wamsley and engaged in the unauthorized disclosure of ICE Officer Nandy Rateau's protected activity/grievance(s) without authorization and consent.
43. On or about August 2018, After ICE Officer Nandy Rateau appearance on national television at the White House in Washington D.C., ICE Union Representative Mark Tlumacki spontaneously alleged the lighting from ICE Nandy Rateau's cubicle negatively impacted his [Mark Tlumacki's] ability to work. ICE Union Representative Mark Tlumacki verbally confronted ICE Office Nandy Rateau and followed her around the building falsely alleged ICE Office Nandy Rateau took pictures of him [Mark Tlumacki].
44. From January, 2019 to March 2019, ICE Officer Michele Andrews made unsolicited comments defamatory comments about ICE Officer Nandy Rateau's hair and pestered ICE Officer Nandy Rateau about her healthy diet and fitness regiment while on a temporary assignment at the ICE New Orleans Field Office.
45. From March 2019 to April 2019, ICE Supervisor Dustin Bell made defamatory comments about ICE Supervisor Officer Dong Yim to ICE Officer Nandy Rateau. ICE Supervisor Dustin Bell scruntized ICE Officer Nandy Rateau's building entries and exits, and falsely alleged poor performance and negligence of duty assignments.
46. On or about May, 2019 ICE Officer Harry Chang falsely accused Newly-Promoted ICE Supervisor Nandy Rateau of "targeting" him [Harry Chang] during a one-on-one, Meet-n-Greet session. Please let the record reflect Newly-Promoted ICE Supervisor Nandy Rateau did not understand or know why ICE Officer Harry Chang believed Nandy Rateau targeted him [Harry Chang].
47. On or about June 2019, ICE Officer Joshua V. Sanchez raised his voice at Newly -Promoted ICE Supervisor Nandy Rateau that she [Nandy Rateau] "can't to speak to men that way" during a one-on-one verbal counseling subsequent to observing work performance deficiencies .
48. On or about June 2019, ICE Officers Harry Chang refused to sign the ICE Code of Conduct as directed by ICE Supervisor Nandy Rateau.
49. On or about June 2019, ICE Officer Joshua V. Sanchez refused to provide ICE Supervisor Nandy Rateau the signed ICE Code of Conduct in-person, and hand-to-hand as directed by ICE Supervisor Nandy Rateau.
50. On July, 2019, ICE Officer Carlos Bracero disseminated defamatory and factually incorrect email-dossier to ICE Enforcement Removal Operations which falsely alleged ICE Supervisor Nandy Rateau abused her authority

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

CONFIDENTIAL

COMPLAINT

and lack the traits of a leader after ICE Supervisor Nandy Rateau ordered the unit to write memo's explaining why critical time-sensitive duties were not completed as assigned.

51. On or about October, 2019, ICE Officer Ryan Blake lunged at ICE Supervisor Nandy Rateau and flung a law book towards her torso in an apparent rage.
52. On or about October 2019, ICE Supervisor Nandy Rateau received credible threat yielding a coup d'etat plot against ICE Supervisor Nandy Rateau to oust her from her Supervisory Position.
53. On or about October 2019, ICE Assistant Director Charles M. Byrne threatened ICE Supervisor Nandy Rateau to relocate at her [Nandy Rateau's] own expense via a "voluntary transfer" from the ICE Norfolk Sub Office to the Richmond Sub Office or face adverse actions to employment.
54. On or about October 2019, ICE Assistant Director Charles M. Byrne altered ICE Supervisor Nandy Rateau's work schedule and directed ICE Supervisor Nandy Rateau to work from home 2 days per week.
55. On or about October 2019, ICE 2nd Line Supervisor and ICE Deputy Field Office Director Lyle A. Boelens launched an investigation naming ICE Supervisor Nandy Rateau the target of the investigation. Please let the record reflect ICE Supervisor Nandy Rateau was the reporter of misconduct and victim of the physical threats (Reference #33 and 34).
56. On November 5, 2019, ICE Assistant Director Charles M. Byrne contacted an Agency Attorney and issued factually unsupported statements to warrant ICE Supervisor Nandy Rateau's demotion from the supervisory position.
57. On November 6. 2019 ICE Deputy Field Office Director Cammilla Wamsley denounced Field Special Emphasis Nandy Rateau's proposal to launch a disability awareness training session via the Employee Assistance Program and' Work4Life' programs and incorrectly asserted Field Special Emphasis Program Manager Nandy Rateau acted outside of assigned roles and responsibilities. Please let the record reflect Nandy Rateau was also the assigned and designated Field Special Emphasis Program Manager at the ICE Washington Field Office.
58. On or about December 2019, Lead Investigator, Assistant Director Erik S. Weiss charged ICE Supervisor Nandy Rateau with Lack of Candor, and Retaliation Against a Subordinate after engaging in protected activity and cooperating with investigations.
59. On or about December 2019, ICE Assistant Field Office Director Charles M. Byrne directed ICE Supervisor Nandy Rateau to conduct a weekly commute from Norfolk VA to Richmond Virginia (100+ miles) for an undetermined duration of time. Please let the record reflect Nandy

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022

CONFIDENTIAL COMPLAINT

Rateau is not Michelle Andrews or Andre Williams Jr.

60. On or about February, 2020, ICE Assistant Director Charles M. Byrne denied ICE Supervisor Nandy Rateau's request to honor preexisting and approved reasonable accommodations. On this same date, ICE Deputy Field Office Director Lyle A. Boelens emailed the ICE Office of Chief Counsel and falsely reported ICE Supervisor Nandy Rateau's performance issues that would warrant demotion from the supervisory position.

61. On or about November, 2019, ICE Assistant Field Office Director Charles M. Byrne learned of ICE Supervisor Nandy Rateau's summons/testimony with the Office of Professional Responsibility and engaged in the scrutinization of ICE Supervisor Nandy Rateau's work. (Reference #57 #58)

62. On or about February, 2020 ICE Assistant Field Office Director Patrick Divver served ICE Supervisor Nandy Rateau Letter of Reprimand falsely charging ICE Supervisor Nandy Rateau with Conduct Unbecoming of a Federal Employee, issued by Deputy Field Office Director Lyle A. Boelens.

63. On or about March 2020, ICE Assistant Field Office Director Charles M. Byrne disseminated an email to ICE Supervisor Nandy Rateau with an attached memorandum which falsely alleged ICE Supervisor Nandy Rateau had an impairing medical condition jeopardizing her [Nandy Rateau's] employment. On this same date, ICE Deputy Field Office Director Lyle A. Boelens emailed the Office of Chief Counsel and falsely reported concerns pertaining to ICE Supervisor Nandy Rateau's alleged lack of candor, and somehow obtained ICE Supervisor Nandy Rateau's FMLA Physician's Letter.

64. On or about May 2020, ICE Supervisor John Killian disseminated an email to ICE Officer Nandy Rateau with another attached memorandum which falsely alleged ICE Officer Nandy Rateau had an impairing medical condition jeopardizing her employment. Please let the record reflect ICE Supervisors/Managers alone are not authorized to make any final determinations on any employees' fitness for duty.

65. On or about April, 2020, Deputy Director Matthew Munroe issued ICE Supervisor Nandy Rateau a letter of demotion from the Supervisory Detention & Deportation Officer position via email and postal mail. Please let the record reflect that official employment records falsely indicated "voluntary changes to a lower grade" and not "demotions."

66. On or about November, 2020, ICE Assistant Field Office Director and Training Manager Patrick Divver disseminated an email to ICE Officer Nandy Rateau with an attached memorandum that improperly suspended ICE Officer Nandy Rateau right to carry a firearm after cooperating with investigations and reporting misconduct. Please let the record reflect ICE Officer Nandy Rateau's right to carry was incorrectly revoked by ICE local

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

CONFIDENTIAL
COMPLAINT

management officials without due process, for incorrect reasons subsequent to engaging protected activity.

67. On March 3, 2020, ICE Deputy (Acting Field Office Director) Shawn L. Byers issued orders for ICE Officer Nandy Rateau to surrender her government equipment at the local Office of Professional Responsibility Office in Florida for allegedly missing firearms training. Please let the record reflect ~~that by this date~~ ICE Officer Nandy Rateau is also a certified federal law enforcement instructor and has never before missed training in her [Nandy Rateau's] tenure at the Department of Homeland Security Immigration and Customs Enforcement career.

68. From January 2021 to September 2021, ICE Deputy Field Office Director Lyle A. Boelens, and Acting Field Office Director David C. O'Neill, disseminated several emails with attached memorandums to ICE Officer Nandy Rateau proposing her removal from federal service.

69. From August 2021 to present, OPLA Agency Representative Brittni C. Lucas accessed and referenced ICE Officer Nandy Rateau's protected activity without her [Nandy Rateau's authorization and consent and bypassed Nandy Rateau's designated attorney representatives.

70. On or about September 2021, ICE Acting Field Office Director David C. O'Neill issued ICE Officer NANDY RATEAU a termination from Federal Service via UPS delivery to the United States Postal Service after Nandy Rateau reported suspected espionage, cyber intrusion, physical and cyber breach of protected activity to the Federal Bureau of Investigation (FBI), U.S. District Court, and Federal Trade Commission.

NANDY RATEAU JAN 06 2023 SUBMITTED

71. BALTIMORE POLICE DEPARTMENT failed to confirm any investigation into ICE Officer Nandy Rateau's report of physical threat from ICE Officer Jefferson M. King and claimed it was out of their jurisdiction.

72. EATON SQUARE AT ARLINGTON RIDGE failed to adhere to fundamental landlord/tenant contractual agreements in accordance with applicable laws in the United States.

73. ALEXANDRIA POLICE DEPARTMENT failed to confirm any investigation into ICE Officer Nandy Rateau's report of suspected criminal activity at EASTON SQUARE AT ARLINGTON RIDGE and report of assault and battery by A-1 TOWING & RECOVERY employee.

74. FOXCHASE APARTMENTS failed to adhere to fundamental landlord/tenant contractual agreements in accordance with applicable United Staes laws.

75. THE WAINWRIGHT APARTMENTS failed to confirm any investigation into residential tenant Nandy Rateau's report of unauthorized entries into her private rental apartment in Norfolk VA.

76. RONNIE'S WRECKER SERVICE misrepresented themselves as an INTERSTATE

NANDY RATEAU DEC 22 2022

CONFIDENTIAL COMPLAINT

RELOCATION business contractor and took my vehicle to Richmond VA.

77. CHESTERFIELD POLICE DEPARTMENT failed to confirm any investigation into victim Nandy Rateau's report of vehicle theft via misrepresentation at RONNIE'S WRECKER SERVICE.

78. HONDA failed to complete the authorized repairs to victim Nandy Rateau's personal vehicle. HONDA failed to victim Nandy Rateau with a timely, accurate and complete receipt detailing the work completed on her [Nandy Rateau's] personal vehicle, price gouging Nandy Rateau, then falsely summoning DAVIE POLICE DEPARTMENT to threaten Nandy Rateau's civil rights. ely summoning law enforcement intimidate victim, Nandy Rateau.

79. ENTERPRISE RENT A CAR failed to provide victim Nandy Rateau with a timely, complete, and accurate rental contract, conducted a financial transaction against Nandy Rateau's account without authorization and consent, failed to provide victim Nandy Rateau with a timely, accurate, and complete receipt for the transaction, and falsely accused victim Nandy Rateau of felony car theft and payment evasion.

80. DAVIE POLICE DEPARTMENT failed to provide a complete and accurate incident report regarding the RICK CASE HONDA and investigate victim Nandy Rateau's report of suspected connections to other criminal activity.

81. FORT LAUDERDALE POLICE DEPARTMENT failed to confirm any investigation of displaced ICE Officer Nandy Rateau's report of suspected espionage and suspicious activity at THE EDGE AT FLAGER VILLAGE involving housemate/suspect KALEB or CALEB BENNETT.

82. BROWARD COUNTY SHERIFF'S OFFICE failed to confirm any investigation into displaced ICE Officer Nandy Rateau's report of suspected espionage and criminal activity at the HILTON HOTELS.

83. U.S. DISTRICT COURT FLORIDA failed to confirm any court action related to displaced ICE Officer Nandy Rateau's report of suspected espionage and criminal activity at THE EDGE AT FLAGER VILLAGE involving suspect KALEB or CALEB BENNET.

84. FORT LAUDERDALE FLORIDA COURT denied displaced ICE Officer Nandy Rateau's request for prevention against harassment order or retraining order against KALEB or CALEB BENNETT.

85. MIAMI POLICE falsely arrested Nandy Rateau at SANITAS HEALTH CENTER in Miami, Florida

86. JACKSON MEMORIAL HOSPITAL and JACKSON BEHAVIORAL HEALTH CENTER falsely imprisoned Nandy Rateau in Miami, Florida.

87. THE EDGE AT FLAGER VILLAGE failed adhere to fundamental landlord/tenant contractual agreements in accordance to applicable laws in the United States.

88. LA FITNESS failed to respond and confirm receipt of certified Fitness Instructor Nandy Rateau's report of a cyber breach and cyber intrusion targeting Nandy Rateau.

89. CAPITAL ONE BANK failed to refund victim Nandy Rateau monies stemming from the fraudulent activity on her [Nandy Rateau's] CAPITAL ONE bank account.

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022

17 of 22 

CONFIDENTIAL

COMPLAINT

90. PNC BANK failed to confirm any investigation into victim Nandy Rateau's report of suspected manipulation of her [Nandy Rateau's] financial records with PNC BANK.

91. EXPERIAN, TRANSUNION, and EQUIFAX failed to confirm any investigation into victim Nandy Rateau's financial records in a timely complete and accurate manner and failed to notify victim Nandy Rateau of any investigation into her [Nandy Rateau's] identity theft, and compromised credit/financial records.

92. GEICO, and LIBERTY MUTUAL failed to notify victim Nandy Rateau of any investigation into the manipulation of her car insurance records, coverage for her [Nandy Rateau's] not-at-fault motor vehicle accidents and repairs.

93. ASSURANT failed to process victim Nandy Rateau's rental claim for personal property damage at her private residential apartment home at AVALON COMMUNITIES in South Easton Massachusetts.

94. STARR WRIGHT INSURANCE failed to accept and process victim Nandy Rateau's claims under her [Nandy Rateau] Professional Liability Insurance (PLI) coverage while employed at the Department of Homeland Security.

95. STOUGHTON POLICE DEPARTMENT failed to correct the Massachusetts Motor Vehicle Crash Report and confirm any investigation into victim Nandy Rateau's report of suspected/connected criminal activity.

96. MARRIOTT failed to confirm any investigation into victim Nandy Rateau's report of unauthorized entry attempts into her [Nandy Rateau's] hotel room and unauthorized/fraudulent charges from MARRIOTT HOTELS.

97. GOOD SAMARITAN HOSPITAL falsely imprisoned Nandy Rateau in Brockton, Massachusetts.

98. U.S. DISTRICT COURT BOSTON MASSACHUSETTS failed to confirm any court actions related to Nandy Rateau's report of suspected organized crime scheme to defraud the United States and private industries.

99. U.S. DISTRICT COURT TAUNTON MASSACHUSETTS failed to confirm any investigation into private residential tenant Nandy Rateau's criminal complaint involving AVALON COMMUNITIES in South Easton Massachusetts.

100. AVALON COMMUNITIES failed to adhere to fundamental landlord/tenant contractual agreements in accordance with applicable laws in the United States. AVALON COMMUNITIES failed to confirm any investigation into residential tenant Nandy Rateau's report of unauthorized entries (B&E), theft/displacement of Nandy Rateau's personal property, cyber intrusion/breach/espionage, receipt of suspicious and harassing email/mail/and hand-delivered correspondence at Nandy Rateau's rental apartment at AVALON COMMUNITIES in South Easton Massachusetts.

101. DEAN COLLEGE failed to provide Nandy Rateau with her [Nandy Rateau's] transcripts which was ordered through the PARCHMENT company.

102. NORTHEASTER UNIVERSITY failed to confirm if Nandy Rateau's middler-year paper on the Identity Theft Prevention Act of 2006 and any other responses/papers/essays/assignments were disclosed to any individuals, businesses, organizations, or governments at any time.

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

CONFIDENTIAL

103. BLUE CROSS BLUE SHIELD failed to confirm any investigation into Nandy Rateau's report of insurance fraud.

104. GOOGLE, MICROSOFT, YAHOO have restricted victim Nandy Rateau's access to her [Nandy Rateau's] own email accounts. YAHOO deleted victim Nandy Rateau's email content without her [Nandy Rateau's]authorization and consent.

ADDITIONAL COMPANIES/SEVICE PROVIDERS/INSTITUTIONS NAMED:

CREDITORS/CREDIT COMPANIES:
MASTERCARD
VISA
RADIUS GLOBAL SOLUTIONS
SUNRISE CREDIT SOLUTION
CREDIT CONTROL CORPERATION
RENTGROW

SHIPPING & TRANSPORTATION:
UPS
FED EX
EZPASS

EMAIL & MESSAGING SERVICERS:
GOOGLE
YAHOO
MICROSOFT
FACEBOOK
PROTON MAIL

BANKS & FINANCIAL SERVICES:
THIFT SAVINGS PLAN
CAPITAL BANK GROUP
CAPITAL ONE BANK
BANK OF AMERICA
FIRST NATIONAL BANK OF SOUTH FLORIDA
HARBOR ONE BANK
BANK OF EASTON
ROCKLAND TRUST
METABANK
FISERV

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022 

CONFIDENTIAL COMPLAINT

WESTERN UNION
MONEY GRAM
PAYLUCKY TM

NEWS:
THE ENTERPRISE
THE HUNTINGTON NEWS
THE REPOSITORY

PUBLIC RECORD SERVICES:
UNICOURT
BEEN VERIFIED
RADARIS
VIRGINIA COURTS
MARYLAND COURTS
FLORIDA COURTS
EPIC - MY CHART

HOUSING:
1800 PARK APARTMENTS
AMERICANA APARTMENTS
GROVETON GREEN APARTMENTS

RESTURANTS & RETAIL:
SHUTTERFLY
TARGET
WALMART
CHEESECAKE FACTORY
CHIPOLTLE
PIEZONI

HOTELS:
FOUR SEASONS HOTELS
EXTENDED STAY HOTELS
COUNTRY INN SUITES
RADISSON HOTEL
CLARION HOTEL
RESIDENTS INN
WOODSPRING SUITES
LA QUINTA HOTELS
SHERATON HOTELS
SONESTA

NANDY RATEAU JAN 06 2023 SUBMITTED
NANDY RATEAU DEC 22 2022

20 of 22 

COMPLAINT

CONFIDENTIAL

HOSPITALS & PHARMACIES:
WALGREENS
PATIENT FIRST
BETH ISREAL DECONESS
BRIGHAM & WOMEN'S
BROCKTON HOSPITAL
MEMORIAL REGIONAL HOSPITAL
HCA HOSPITALS
HEALTH FIRST
NCH HEALTHCARE
EASTSIDE HOSPITALISTS
SENTARA HOSPITAL
RESTON HOSPITAL
INOVA HOSPITAL

INSURANCE COMPANIES:
- HARVARD PILGRIM
- METLIFE
- TRAVELERS INSURANCE
- LIBERTY MUTUAL INSURANCE
- GEICO INSURANCE
- ASSURANT INSURANCE
- TRAVELERS INSURANC
- GREAT AMERICAN INSURANCE GROUP
- (USAA) UNITED SERVICES AUTOMOBILE GROUP
- GENARALI GLOBAL ASSISTANCE + INSURANCE SERVICES

COMMUNICATIONS COMPANIES
AT&T
VERIZON
METRO PCS
XFINITY
T-MOBILE

GARAGES:
LINCOLN GARAGE (FLORIDA)

POLICE DEPARTMENTS:
Brockton Police Department - Massachusetts
Rockland Police Department - Massachusetts
Easton Police Department - Massachusetts
Concord Police Department - Massachusetts
Bedford Police Department - Massachusetts
Hollywood Police Department - Florida
Melbourne Police Department - Florida
Broward County Sheriff's Department - Florida
Fort Lauderdale Police Department -Florida
Miami Police Department - Florida

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022

REGISTRY OF MOTOR VEHICLES
MASSACHUSETTS
MARYLAND
VIRIGINIA
FLORIDA

OFFICE OF THE ATTORNEY GENERAL
MASSACHUSETTS
MARYLAND
VIRGINIA
FLORIDA

12/22/22 2:10pm
NANDY RATEAU

mailing address:
319 Centre Avenue
#266
Rockland MA 02370

phone #:
716-395-0051

NANDY RATEAU JAN 06 2023 SUBMITTED

NANDY RATEAU DEC 22 2022

NR

Nandy Rateau
319 Centre Avenue
#266
Rockland MA 02370

Attention: Jonathan E. Meyer
Chief Legal Officer

Department of Homeland Security
Office of General Counsel
Mail Stop: 0485
245 Murray Lane SW
Washington D.C. 20528-0485

 CONFIDENTIAL


URGENT!



1/9/2023
DFU # 904
DHS-CRDS SCREENING
and Quality Assurance
Notice of Mail
and Parcel Inspection

RDC 07

20528

U.S. POSTAGE PAID
PME 1-Day
EASTON, MA
02334
JAN 06, 23
AMOUNT
**$31.15**
R2304P118872-10

PRIORITY MAIL EXPRESS®

EI 039 730 204 US

# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )
Nandy Rateau
319 Centre Ave
#266
Rockland MA 02370

DELIVERY OPTIONS (Customer Use Only)

☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Jonathan E. Meyer
Chief Legal Officer
Department of Homeland Security
Office of General Counsel
Mail Stop 0485
245 Murray Lane SW
Washington DC. 20528
ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
|---|---|
| | |

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage |
|---|---|---|
| 02334 | 01/07/23 | $ 27.90 |
| **Date Accepted (MM/DD/YY)** | **Scheduled Delivery Time** | **Insurance Fee / COD Fee** |
| 01/06/23 | ☒ 6:00 PM | $ — / $ — |
| **Time Accepted** | | **Return Receipt Fee / Live Animal Transportation Fee** |
| 2:41 ☐ AM ☒ PM | | $ 3.25 / $ — |
| **Special Handling/Fragile** | **Sunday/Holiday Premium Fee** | **Total Postage & Fees** |
| $ — | $ — | |
| **Weight** ☒ Flat Rate lbs. ozs. | **Acceptance Employee Initials** KW | $ 31.15 |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee |
| | ☐ AM ☐ PM | |

LABEL 11-B, MAY 2021 PSN 7690-02-000

B-6P
0485
Delivery Point
BLG 1-107
B

Processed By: DSK-7070-003
1/9/2023 10:57:30 AM
EI039730204US

ICE

GUARANTEED* ▪TRACKED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.