UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NANDY RATEAU,

                Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

                Defendants.

Civil Action No. 1:23cv10124

## DEFENDANT STARR WRIGHT USA'S MOTION TO DISMISS

Defendant Starr Wright USA ("Starr"), by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(5) and 12(b)(6), to dismiss Plaintiff's complaint against Starr for the reasons further described in the accompanying memorandum of law.

WHEREFORE, Starr respectfully requests that the Court allow this motion and dismiss the complaint against Starr for insufficient service of process and failure to state a claim.

Dated:  April 26, 2023

Respectfully submitted,

/s/ Callan G. Stein
Callan G. Stein (BBO #670569)
Danni L. Shanel (BBO #710378)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
125 High Street, 19th Floor
Boston, MA 02110
Telephone (617) 204-5138
Email: callan.stein@troutman.com
       danni.shanel@troutman.com

*Attorneys for Defendant Starr Wright USA*

149499033v1

*Motion allowed.* NMGorton, USDJ 01/10/2024